**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**VENTUREFORTH HOLDINGS, LLC** *et al.*

        Petitioners,

    v.

**JEREMY JOSEPH**

        Respondent.

---

Case No. 1:14-cv-00957-TFH

## MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD OR, IN THE ALTERNATIVE, TO QUASH SERVICE OF PROCESS

Pursuant to 9 U.S.C. § 9, Respondent Jeremy Joseph, through undersigned counsel, hereby moves to Dismiss the Petition to Confirm Arbitration Award or, in the Alternative, Quash Service of the Notice of Filing of Petition to Confirm Arbitration Award, and all supporting documents. Support for this Motion is contained in the attached Memorandum in Support.

Dated: August 1, 2014

Respectfully submitted,

/s/ William R. Martin
William R. Martin
Kerry Brainard Verdi
Martin & Gitner PLLC
2121 K Street, NW, Suite 850
Washington, DC 20037
Telephone:   202-331-2121
Facsimile:    202-331-5086