IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**VENTUREFORTH HOLDINGS, LLC** *et al.*

    Petitioners,

v.

**JEREMY JOSEPH**

    Respondent.

---

Case No. 1:14-cv-00957-TFH

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PETITION TO CONFIRM ARBITRATION AWARD OR, IN THE ALTNERNATIVE, QUASH SERVICE OF PROCESS

Defendant Jeremy Joseph, through undersigned counsel, submits his Memorandum of Points and Authorities in Support of his Motion to Dismiss Petition to Confirm Arbitration Award or, in the Alternative, Quash Service of Process pursuant to 9 U.S.C. § 9.

**I.     FACTS**

Petitioners filed a Notice of Filing of Petition to Confirm Arbitration Award with this Court on June 11, 2014.  In the Petition to Confirm the Arbitration Award, Petitioners assert, on information and belief, that Jeremy Joseph is a "citizen of California, who resides in Los Angeles, California."  (Petition to Confirm Arbitration Award, at Docket #1.)

Subsequently, on July 7, 2014, Petitioners filed an Affidavit of Service.  (*See* Aff. of Service, at Docket #4.)  In that Affidavit, the private process server stated:

> That on July 1, 2014, at 7:27 PM, I served Jeremy M. Joseph with the Declaration of Matthew S. Hackell in Support of Petition to Confirm Arbitral Award; Petition to Confirm Arbitration Award; Proposed Order; and Notice of Filing Petition to Confirm Arbitration Award at 7205 Loch Edin Court, Potomac, Maryland 20854 by serving Eileen Joseph, mother of Jeremy M. Joseph, a person of suitable age and discretion, who stated that he/she resides therein with Jeremy M. Joseph.

*Id.*

Service on Mr. Joseph's parents in Maryland is not proper service according to the code section governing the award of arbitrators.

**II.      LEGAL ARGUMENT**

Petitioners moved to enter the Award of the Arbitrator in this Court pursuant to 9 U.S.C. § 9.  (*See* Petition, at Docket #1.)  That section sets forth the requirements for service of process of a petition to confirm an arbitration award.  Specifically,

> [n]otice of the application shall be served upon the adverse party, and thereupon the court shall have jurisdiction of such party as though he had appeared generally in the proceeding.  If the adverse party is a resident of the district within which the award was made, such service shall be made upon the adverse party or his attorney as prescribed by law for service of notice of motion in an action in the same court.  If the adverse party shall be a nonresident, then the notice of the application shall be served by the marshal of any district within which the adverse party may be found in like manner as other process of the court.

9 U.S.C. § 9.

Mr. Joseph is a non-resident of the District of Columbia.  Petitioners assert in their pleading filed with this Court that Mr. Joseph is a citizen of the state of California.  As a non-resident of the District of Columbia, service must be effectuated by a U.S. Marshal.  The statute does not provide that service may be made on a non-resident of the District of Columbia by process server at the home of the Respondent's parents.

Even assuming Mr. Joseph lived with his parents, and not in California, he is still a non-resident of the District of Columbia, as his parent's home is located in Potomac, Maryland.  As such service upon this home in Maryland would require service by a U.S. Marshall.

Accordingly, service by a process server is not proper. Thus, Petitioners have failed to effectuate proper service pursuant to the governing statute and the Petition should be dismissed or, in the alternative, service should be quashed.

### III.   CONCLUSION

For the foregoing reasons, the Petition to Confirm Arbitration Award should be dismissed or, in the alternative, service of process for the Notice of Filing of Petition to Confirm Arbitration Award and all attachments should be quashed.

Dated:  August 1, 2014                           Respectfully submitted,

/s/ William R. Martin
William R. Martin
Kerry Brainard Verdi
Martin & Gitner PLLC
2121 K Street, NW, Suite 850
Washington, DC 20037
Telephone:     202-331-2121
Facsimile:     202-331-5086